**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00577-RPM-KLM

BYRON YOUNG,

    Plaintiff,

v.

FIRST FINANCIAL ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: August 20th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        U.S. DISTRICT JUDGE